**Entered on Docket**
**January 13, 2010**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association as Trustee
09-75933

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-25018-mkn |
| Debra J. Pitman and Ronald S. Pitman | Date:  12/2/2009 <br> Time: 1:30 pm |
| Debtors | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association as Trustee, its assignees and/or successors in interest, of the subject property, generally described as 7420 Pinto Bluff St., Las Vegas, NV 89131.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in the event a Notice of Default was recorded against this particular property prior to July 1, 2009, the Debtor(s) can promptly submit a copy of this order to the State of Nevada, Foreclosure mediation program and the Order will be construed as an agreement between the Secured Creditor and the Debtor(s) that they have voluntarily agreed to a mediation under the Nevada State Foreclosure Mediation program pursuant to Rule 6 of said program. The necessary information can be accessed at "http://www.nevadajudiciary.us./"

DATED this _____ day of _____, 2009.

Submitted by:

**WILDE & ASSOCIATES**

By: _Gregory L. Wilde, Esq_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
David Krieger
1020 Garces Ave.
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____    The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____    No parties appeared or filed written objections, and the trustee is the movant.

__x_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____  approved the form of this order            _____  disapproved the form of this order

_____  waived the right to review the order and/or   __x__  failed to respond to the document

_____  appeared at the hearing, waived the right to review the order

_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____  approved the form of this order            _____  disapproved the form of this order

_____  waived the right to review the order and/or   _x___  failed to respond to the document


_____  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____  approved the form of this order            _____  disapproved the form of this order

_____  waived the right to review the order and/or   _____  failed to respond to the document

_____  appeared at the hearing, waived the right to review the order

_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____  approved the form of this order            _____  disapproved the form of this order

_____  waived the right to review the order and/or   _____  failed to respond to the document


_____  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor